ANTHONY G. MATRICCIANI (SBN 214730)
*matricciani@icloud.com*
THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone:  (510) 619-6662

STEVEN D. SMELSER (SBN 180602)
*ssmelser@yukelaw.com*
STEVEN S. VAHIDI (SBN 283951)
*svahidi@yukelaw.com*
NICHOLAS J. HOFFMAN (SBN 284472)
*nhoffman@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 362-7777
Facsimile:  (213) 362-7788

Attorneys for Bossland GmbH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BOSSLAND GMBH, a foreign corporation, and Does 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 8:16-cv-01236-DOC-KES<br><br>**DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION** |

I, Zwetan Letschew, declare:

1.    I am one of the two managing directors of Bossland GmbH ("Bossland"), which I founded in 2009.  The position of managing director is similar to that of chief executive officer for an American company.

2.    As the founder and a Managing Director of Bossland, I have personal knowledge of all its business activities.

3.    Bossland is a software developer and publisher that develops and

8:16-cv-01236

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telphone (510) 619-6662
Facsimile (510) 450-0801

publishes programs for the computer gaming community.  Pertinent to this litigation, Bossland sells the following programs:

  a. *Demonbuddy*, which is designed for use with Blizzard's *Diablo 3*;

  b. *Hearthbuddy*, which is designed for use with Blizzard's *Hearthstone*;

  c. *Honorbuddy*, which is designed for use with Blizzard Entertainment, Inc.'s ("Blizzard's") *World of Warcraft*;

  d. *Stormbuddy*, which is designed for use with Blizzard's *Heroes of the Storm*.

4.    Currently, due to an injunction ordered by a German court, Bossland cannot sell *Watchover Tyrant*, which is designed for use with Blizzard's *Overwatch*. However, Bossland ceased selling *Watchover Tyrant* prior to the injunction due to a technical performance issue.  (These Bossland programs are collectively referred to as the "Bossland Programs.")  In German courts, Blizzard has sought injunctions to prohibit the sale and distribution of *Demonbuddy*, *Honorbuddy*, *Stormbuddy* (the injunction has been denied), and *Watchover Tyrant*.  In United Kingdom courts, Blizzard has sought injunctions to prohibit the sale and distribution of *Demonbuddy*, *Honorbuddy*, *Stormbuddy*, and *Watchover Tyrant*.

5.    Bossland also develops and publishes programs for the gaming community that are not designed for use with Blizzard's products.  These programs include:

  a.    *Adenabuddy;*

  b.    *Archebuddy;*

  c.    *Buddywing;*

  d.    *Exilebuddy;*

  e.    *Pokefarmer;*

  f.    *Rebornbuddy;*

  g.    *Tankleader;*

  h.    *Wildbuddy;* and

2

8:16-cv-01236

i.   *Winterbuddy.*

**Bossland Is Not Domiciled In California**

6.   Bossland is a private corporation formed under the laws of Germany. Its principle place of business is Zwickau, Germany.  I direct and manage all of Bossland's business from its Zwickau, Germany office.  Bossland does not have any subsidiary and it does not exercise control over any business entity.

7.   Bossland has no place of business or employees in the United States.  It neither conducts nor solicits business in the United States, and it has neither sought to be nor been authorized, certified, or licensed to conduct business in the United States.

8.   Bossland has never designated an agent for service of process in the United States.

9.   Bossland has never owned, sold, or leased real property in the United States.

10.   Bossland does not keep, maintain, or store physical documents in the United States.  However, Bossland uses the Drop Box cloud-based service to store some of its documents, excluding software and source code.  Bossland does not know the physical location of the electronic versions of these documents.  Beginning December 2016, Bossland will store these electronic documents on German Drop Box servers, which have recently become available.

11.   Bossland has never paid United States or California taxes, it does not have a bank account in in the United States, and it does not have a telephone number or mailing address in the United States.

**Bossland Lacks Minimum Contacts with the United States and California**

12.   Contrary to the allegations of the Complaint, Bossland does not "conduct extensive and ongoing business with users in the United States and the State of California," or attempt to do so.

13.   Bossland's employees do not participate in trade shows or travel to the

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6662
Facsimile (510) 450-0801



1  United States on business.

2     14.   Bossland does not advertise its products other than describing its

3  products on its websites, which provide a German address, German telephone

4  number, and German facsimile number for contact information.   However, a

5  purchaser may opt in to receive a newsletter from Bossland, which is distributed two

6  to three times a year informing the newsletter subscriber of Bossland news, including

7  new products.   The Bossland newsletter was created in July 2013 and has 7,467

8  subscribers worldwide.   Information concerning subscribers is limited to an e-mail

9  address.

10     15.   I am responsible for creating the content for Bossland's websites.   Each

11  Bossland product has its own website.   The websites are typically available in seven

12  languages:   German, French, Spanish, Portuguese, Russian, Turkish, and English.

13  However, due to time constraints, my knowledge of German and English, and the

14  large number of those using English as a second language, the German and English

15  website versions are usually the most current.

16     16.   The websites are accessible worldwide and do not target any

17  geographical area.   However, some countries, like North Korea, may block access to

18  the websites.

19     17.   The price for every Bossland product described on a website has always

20  been stated in Euros only.

21     18.   Purchasing a Bossland product is subject to terms of service that include

22  the following provisions:

23     Governing Law   Any claim relating to Bossland's web site shall be governed

24        by the laws of Germany without regard to its conflict of law provisions.

25     Privacy Law   This website and it's [sic] owners take a proactive approach to

26        user privacy and ensure the necessary steps are taken to protect the privacy of

27        its users throughout their visiting experience. This website complys [sic] to all

28        EU privacy laws and German national laws and requirements for user privacy.

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6662
Facsimile (510) 450-0801

4

8:16-cv-01236

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT



THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6662
Facsimile (510) 450-0601

1  This website does not use cookies and all the data processed on payment is
2  stored by Gate2Shop. This website only stores your email address to deliver
3  the software to you.

4  19.    Bossland also maintains an online forum ("Buddy Forum") that
5  provides information to purchasers about how to use Bossland's products.  Buddy
6  Forum enables forum users to post comments and questions concerning Bossland's
7  products.  Bossland does not solicit the comments or questions and it does not
8  acquire information indicating the residential status of anyone using the forum.
9  However, some forum members state a location on their profile, which may or may
10  not be accurate.  Buddy Forum is available in eight languages:  German, French,
11  Spanish, Russian, Turkish, Chinese, Korean, and English.

12  20.    According to information I received this month from Bossland's third-
13  party payment processor, purchasers associated with at least 101 countries have
14  purchased Bossland's products since October 14th.  I would expect purchase
15  information for the period before July 2016 to indicate purchasers associated with
16  more than 101 countries.

17  21.    Bossland does not use a subscription model to sell its products.  Rather,
18  it uses a licensing model.  For example, a purchaser may purchase a monthly or one-
19  year license to use a Bossland product, and the purchaser will be billed once for the
20  monthly or one-year license.  In June 2016, Bossland changed the lifetime license to
21  a yearly license, but it still offers a monthly license.

22  22.    When a customer makes a purchase from Bossland, the customer
23  provides an e-mail address and other information to a third-party payment processor.
24  Bossland's server acquires from the third-party payment processor's server the
25  transaction ID, date and time of purchase, product type, and e-mail address of the
26  purchaser.  No other information, such as country of origin, residential address, or
27  billing information is acquired.  Bossland associates the purchaser's e-mail address
28  with a product key.

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6662
Facsimile (510) 450-0801

23.    Until approximately October 14, 2016, purchases had been processed through the third party Gate2Shop, which is based in Israel.  Gate2Shop ceased providing services to Bossland after receiving a letter from Blizzard's attorney, Marc Mayer, requesting that Gate2Shop terminate its relationship with Bossland and warning that Blizzard could take legal action against Gate2Shop.  I received a copy of Mr. Mayer's letter from Gate2Shop.  Attached as **Exhibit A** is a true and correct copy of Marc Mayer's August 12, 2016 letter to Gate2Shop and Safecharge International Group Ltd.

24.    All of Bossland's website domain names are registered through OVH France, a French company.

25.    All hosting is perfomed by OVH France and OVH Canada, a Canadian company.

26.    Bossland does not use content delivery networks, and it does not have a single server in the United States.

27.    Any customer service is provided through the Internet without Bossland acquiring information concerning the residence of a purchaser or having knowledge of the purchaser's residential status.

28.    Bossland has not acquired any information through technical support or customer service that provides whether a purchaser is a resident of California or the United States.  Nor does it attempt to acquire any commercially valuable information that it could use, for example, to develop or target a market or specific geographical area.  Pursuant to European Union law, Bossland only acquires the information necessary to address the purchaser's technical issue.

29.    It is impossible for Bossland to determine the location or residential status of a purchaser based on the purchaser's e-mail address.

30.    Due to the automated third-party processing of payments, Bossland has never knowingly sold a product or received monies from a person residing in California or the United States.

6                                          8:16-cv-01236

**DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT**



31.    Except for its legal counsel representing it in this civil action, Bossland has never knowingly contracted with persons or entities residing in California with the intention of such contracts being performed in California.

32.    Bossland does not use any of its resources or effort to make sales to California or the United States.  It does not solicit purchases of its products from anyone, regardless of their geographical location.

33.    Bossland has established independent contractor relationships with persons it routinely uses for product development and customer support.  To my knowledge only one independent contractor may reside in the United States, but not in California.

34.    Bossland uses the services of an independent contractor, James Enright, who may reside in New Jersey, but he has not performed work on any project related to Blizzard's products since 2015.

35.    To my knowledge, none of the independent contractors providing services to Bossland solely work on tasks for Bossland, and none of them are authorized to conduct any business or perform any act on Bossland's behalf.

36.    In addition to using independent contractors, Bossland has a small staff of employees.  None of Bossland's employees have ever been physically present in California or the United States for any purpose related to the allegations in this case.

37.    Bossland does not contract with entities located in the United States for any purpose.  Of course, Bossland has contracted with lawyers to represent it in this civil action.

38.    Bossland has never prosecuted a lawsuit within the United States.

39.    Bossland has never directed any of its conduct at California or the United States, and, prior to assisting its lawyers with the preparation of the motion to dismiss, Bossland was not aware of how many people associated with the United States are currently purchasing its products.

40.    While assisting my lawyers with the preparation of the motion to

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-8662
Facsimile (510) 450-0801

7                                   8:16-cv-01236

THE LAW OFFICE OF ANTHONY G. MATRICCIANI

6400 Hollis Street, Suite 4
Emeryville, California 94608
Telphone (510) 619-6662
Facsimile (510) 450-0801

dismiss, I reviewed purchase information from Gate2Shop and for the first time learned of the percentage and number of purchases associated with the United States. Previously, I had only reviewed purchase information that I needed to calculate taxes pursuant to European Union laws, and therefore did not review purchases associated with the United States.

41.   It is important to note that it is impossible to determine the residential status of a purchaser using the information Bossland acquired from Gate2Shop. The information does not contain any residential information other than associating the transaction with a country. For example, the purchase information provides the following information in a similar format:

| Date | Time | Transaction Type | Amount | Status | Product | Country | Email |
|------|------|------------------|--------|--------|---------|---------|-------|
| 2016-01-01 | 12:30:15 | 123456789 Sale | EUR 24.98 | Approved | honorbuddy | Germany | 1@12.com |

42.   I assume Gate2Shop based its country classification of a purchaser on IP address information. However, even IP address information would not enable the determination of a purchaser's residential status. For example, a person may purchase a product using an IP address associated with a certain country, but the person may not be a resident of that country.

43.   The Gate2Shop information available to Bossland is not associated with individual States within the United States. Therefore, to estimate purchases associated with California, I assume that 12.17% of purchases associated with the United States are associated with California because California's population is approximately 12.17% of the United States' population. It is possible that actual purchases associated with California are less than my estimates. Information enabling a distinction between purchases of the Bossland Programs and Bossland's other products and whether a license was a full or trial license was not available for every month, as noted below, because it was not contained in the data provided by Gate2Shop. The purchase information includes purchases of full licenses and trial licenses, which trial licenses are priced at 1 Euro and 3 Euros.

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6662
Facsimile (510) 450-0801

44.     During July 2013, purchasers associated with the United States purchased 2,822 units of *all* Bossland products, of which 1,091 were trial licenses. These purchases represent 28.73% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 343 purchases associated with California.   These potential purchases represent 3.50% of Bossland's total revenue for the month.

45.     During August 2013, purchasers associated with the United States purchased 2,743 units of *all* Bossland products, of which 1,106 were trial licenses. These purchases represent 24.83% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 334 purchases associated with California.   These potential purchases represent 3.02% of Bossland's total revenue for the month.

46.     During September 2013, purchasers associated with the United States purchased 2,912 units of *all* Bossland products, of which 1,168 were trial licenses. These purchases represent 27.41% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 354 purchases associated with California.   These potential purchases represent 3.34% of Bossland's total revenue for the month.

47.     During October 2013, purchasers associated with the United States purchased 3,022 units of *all* Bossland products, of which 1,173 were trial licenses. These purchases represent 24.94% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 368 purchases associated with California.   These potential purchases represent 3.04% of Bossland's total revenue for the month.

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6682
Facsimile (510) 450-0801

48.     During November 2013, purchasers associated with the United States purchased 2,810 units of *all* Bossland products, of which 1,098 were trial licenses. These purchases represent 24.07% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 342 purchases associated with California.   These potential purchases represent 2.93% of Bossland's total revenue for the month.

49.     During December 2013, purchasers associated with the United States purchased 3,700 units of *all* Bossland products, of which 1,376 were trial licenses. These purchases represent 29.74% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 450 purchases associated with California.   These potential purchases represent 3.62% of Bossland's total revenue for the month.

50.     During January 2014, purchasers associated with the United States purchased 2,543 units of *all* Bossland products, of which 983 were trial licenses. These purchases represent 24.75% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 309 purchases associated with California.   These potential purchases represent 3.01% of Bossland's total revenue for the month.

51.     During February 2014, purchasers associated with the United States purchased 2,000 units of *all* Bossland products, of which 1,227 were trial licenses. These purchases represent 29.20% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 243 purchases of *all* of Bossland's products associated with California.  These potential purchases represent 3.55% of Bossland's total revenue for the month.

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telphone (510) 619-6662
Facsimile (510) 450-0801

52.     During March 2014, purchasers associated with the United States purchased 6,513 units of *all* Bossland products, of which 1,324 were trial licenses. These purchases represent 31.29% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 793 purchases of *all* of Bossland's products associated with California.  These potential purchases represent 3.81% of Bossland's total revenue for the month.

53.     During April 2014, purchasers associated with the United States purchased 8,611 units of *all* Bossland products, of which 3,560 were trial licenses. These purchases represent 29.52% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 1,048 purchases of *all* of Bossland's products associated with California.  These potential purchases represent 3.59% of Bossland's total revenue for the month.

54.     During May 2014, purchasers associated with the United States purchased 7,489 units of *all* Bossland products.  These purchases represent 25.26% of Bossland's total revenue for the month.  Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 911 purchases of *all* of Bossland's products associated with California. These potential purchases represent 3.07% of Bossland's total revenue for the month.

55.     During June 2014, purchasers associated with the United States purchased 5,197 units of *all* of Bossland products.  These purchases represent 21.92% of Bossland's total revenue for the month.  Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 632 purchases of *all* of Bossland's products associated with California.  These potential purchases represent 2.67% of Bossland's total revenue for the month.

56.     During July 2014, purchasers associated with the United States

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6662
Facsimile (510) 450-0801

1   purchased 4,456 units of *all* Bossland products.  These purchases represent 22.64%
2   of Bossland's total revenue for the month.  Assuming potential purchases associated
3   with California represent 12.17% of purchases associated with the United States,
4   there were 542 purchases of *all* of Bossland's products associated with California.
5   These potential purchases represent 2.76% of Bossland's total revenue for the month.

6       57.    During August 2014, purchasers associated with the United States
7   purchased 4,644 units of *all* Bossland products, of which 1,904 were trial licenses.
8   These purchases represent 19.22% of Bossland's total revenue for the month.
9   Assuming potential purchases associated with California represent 12.17% of
10  purchases associated with the United States, there were 565 purchases associated
11  with California.   These potential purchases represent 2.34% of Bossland's total
12  revenue for the month.

13      58.    During September 2014, purchasers associated with the United States
14  purchased 4,921 units of *all* Bossland products, of which 1,860 were trial licenses.
15  These purchases represent 10.81% of Bossland's total revenue for the month.
16  Assuming potential purchases associated with California represent 12.17% of
17  purchases associated with the United States, there were 599 purchases associated
18  with California.   These potential purchases represent 1.32% of Bossland's total
19  revenue for the month.

20      59.    During October 2014, purchasers associated with the United States
21  purchased 3,854 units of *all* Bossland products, of which 1,482 were trial licenses.
22  These purchases represent 13.71% of Bossland's total revenue for the month.
23  Assuming potential purchases associated with California represent 12.17% of
24  purchases associated with the United States, there were 469 purchases associated
25  with California.   These potential purchases represent 1.67% of Bossland's total
26  revenue for the month.

27      60.    During November 2014, purchasers associated with the United States
28  purchased 4,307 units of *all* Bossland products, of which 1,668 were trial licenses.

12

8:16-cv-01236

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6662
Facsimile (510) 450-0801

These purchases represent 14.52% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 524 purchases associated with California.   These potential purchases represent 1.77% of Bossland's total revenue for the month.

61.   During December 2014, purchasers associated with the United States purchased 5,750 units of *all* Bossland products, of which 2,257 were trial licenses. These purchases represent 14.71% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 700 purchases associated with California.   These potential purchases represent 1.79% of Bossland's total revenue for the month.

62.   During January 2015, purchasers associated with the United States purchased 5,401 units of *all* Bossland products, of which 2,068 were trial licenses. These purchases represent 13.41% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 657 purchases associated with California.   These potential purchases represent 1.63% of Bossland's total revenue for the month.

63.   During February 2015, purchasers associated with the United States purchased 4,476 units of *all* Bossland products, of which 1,768 were trial licenses. These purchases represent 14.40% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 545 purchases associated with California.   These potential purchases represent 1.75% of Bossland's total revenue for the month.

64.   During March 2015, purchasers associated with the United States purchased 3,783 units of *all* Bossland products, of which 1,456 were trial licenses.

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT



THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6602
Facsimile (510) 450-0801

1  These purchases represent 13.19% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 460 purchases associated with California.   These potential purchases represent 1.61% of Bossland's total revenue for the month.

6  65.   During April 2015, purchasers associated with the United States purchased 3,722 units of *all* Bossland products, of which 1,468 were trial licenses. These purchases represent 11.91% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 453 purchases associated with California.   These potential purchases represent 1.45% of Bossland's total revenue for the month.

13  66.   During May 2015, purchasers associated with the United States purchased 1,932 units of *all* Bossland products, of which 592 were trial licenses. These purchases represent 9.94% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 235 purchases associated with California.   These potential purchases represent 1.21% of Bossland's total revenue for the month.

20  67.   During June 2015, purchasers associated with the United States purchased 1,012 units of the Bossland Programs, of which 336 were trial licenses. These purchases represent 9.52% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 123 purchases associated with California.   These potential purchases represent 1.16% of Bossland's total revenue for the month.

27  68.   During July 2015, purchasers associated with the United States purchased 1,152 units of the Bossland Programs, of which 344 were trial licenses.

8:16-cv-01236

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6662
Facsimile (510) 450-0801

These purchases represent 12.28% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 140 purchases associated with California.   These potential purchases represent 1.49% of Bossland's total revenue for the month.

69.    During August 2015, purchasers associated with the United States purchased 1,657 units of the Bossland Programs, of which 508 were trial licenses. These purchases represent 14.63% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 202 purchases associated with California.   These potential purchases represent 1.78% of Bossland's total revenue for the month.

70.    During September 2015, purchasers associated with the United States purchased 2,888 units of the Bossland Programs, of which 869 were trial licenses. These purchases represent 14.76% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 351 purchases associated with California.   These potential purchases represent 1.80% of Bossland's total revenue for the month.

71.    During October 2015, purchasers associated with the United States purchased 1,698 units of the Bossland Programs, of which 471 were trial licenses. These purchases represent 11.44% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 207 purchases associated with California.   These potential purchases represent 1.39% of Bossland's total revenue for the month.

72.    During November 2015, purchasers associated with the United States purchased 1,812 units of *all* Bossland products, of which 207 were trial licenses.

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telphone (510) 619-6662
Facsimile (510) 450-0801

These purchases represent 16.82% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 221 purchases of *all* of Bossland's products associated with California. These potential purchases represent 2.05% of Bossland's total revenue for the month.

73.   During December 2015, purchasers associated with the United States purchased 1,864 units of *all* Bossland products, of which 180 were trial licenses. These purchases represent 18.32% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 227 purchases of *all* of Bossland's products associated with California. These potential purchases represent 2.23% of Bossland's total revenue for the month.

74.   During January 2016, purchasers associated with the United States purchased 3,092 units of *all* Bossland products, of which 678 were trial licenses. These purchases represent 16.10% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 376 purchases of *all* of Bossland's products associated with California. These potential purchases represent 1.96% of Bossland's total revenue for the month.

75.   During February 2016, purchasers associated with the United States purchased 1,844 units of the Bossland Programs, of which 498 were trial licenses. These purchases represent 10.28% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 224 purchases associated with California.   These potential purchases represent 1.25% of Bossland's total revenue for the month.

76.   During March 2016, purchasers associated with the United States purchased 987 units of the Bossland Programs, of which 261 were trial licenses.

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT

These purchases represent 9.28% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 120 purchases associated with California. These potential purchases represent 1.13% of Bossland's total revenue for the month.

77.     During April 2016, purchasers associated with the United States purchased 1,000 units of the Bossland Programs, of which 278 were trial licenses. These purchases represent 11.65% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 122 purchases associated with California. These potential purchases represent 1.42% of Bossland's total revenue for the month.

78.     During May 2016, purchasers associated with the United States purchased 1,616 units of the Bossland Programs, of which 370 were trial licenses. These purchases represent 7.50% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 197 purchases associated with California. These potential purchases represent 0.91% of Bossland's total revenue for the month.

79.     During June 2016, purchasers associated with the United States purchased 718 units of the Bossland Programs, of which 56 were trial licenses. These purchases represent 13.47% of Bossland's total revenue for the month. Assuming potential purchases associated with California represent 12.17% of purchases associated with the United States, there were 87 purchases associated with California. These potential purchases represent 1.64% of Bossland's total revenue for the month.

80.     To reiterate, Bossland has never intentionally directed its products – including its Blizzard-related programs – at California or even the United States. To

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6682
Facsimile (510) 450-0801

DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT

the contrary, Bossland's programs were offered indiscriminately and, until acquiring the above information from Gate2Shop, Bossland was unaware of the extent of purchases through IP addresses associated with the United States.

81.     Since Blizzard's attorney Marc Mayer sent his letter to Gate2Shop, Gate2Shop has been uncooperative with Bossland and the relationship has become hostile to the extent that litigation has been threatened.  It would be fruitless for Bossland to attempt to acquire further transactional information from Gate2Shop, which has already denied reasonable requests for information.  Therefore, the purchase information above represents the most accurate information Bossland has and could acquire concerning transactions associated with the United States and possible transactions initiated by persons within California at the times relevant to Blizzard's Complaint.

**It Would Be Unreasonable To Force Bossland To Litigate In California**

82.     Bossland has no connection to California or the United States.

83.     As I have stated, Bossland is a private corporation formed under the laws of Germany, it has no offices, employees, or evidence it could use to defend itself located in California or the United States.

84.     I have never traveled to the United States and, if it became necessary for me to travel to California to represent Bossland and defend against this civil action, that would impose an enormous burden on both my company and me.  I alone manage the daily operations of Bossland.  I am solely responsible for Bossland's accounting.  I and two other employees perform all of the e-mail support services.  I alone manage Bossland's defense against the lawsuits Blizzard is pursuing in Europe concerning the Bossland Programs, which include nine lawsuits in Germany (one of which is before Germany's highest court and the first of which began in 2011) and two lawsuits in the United Kingdom.  These lawsuits often involve filings 100 – 200 pages in length, and I have reviewed at least 50 folders of documents three or more inches thick pertaining to these lawsuits.  I spend approximately 40 hours per week

**DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT**



1   managing Bossland's defense of these lawsuits by reviewing legal filings and other

2   documents, marshaling evidence to demonstrate the falsity of allegations, ensuring

3   Bossland complies with any court orders, and other tasks.  Were I to have to appear

4   in California to represent and assist in the defense of Bossland, I would have to stop

5   all of Bossland's operations and it would cease to exist as a functioning company.

6        85.    Therefore, it would be unreasonable and extremely burdensome to

7   require Bossland to litigate this case in California, approximately 6,000 miles from

8   its principal place of business in Zwickau, Germany.

9        I declare under penalty of perjury pursuant to the laws of the State of

10  California and United States of America that the foregoing is true and correct.

11       Executed on November 18, 2016 at Zwickau, Germany.

12

13

14  Zwetan Letschew

THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone (510) 619-6662
Facsimile (510) 450-0801

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On November 18, 2016, I served true copies of the following document(s) described as **DECLARATION OF ZWETEN LETSCHEW IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION** on the interested parties in this action as follows:

| | |
|---|---|
| Karin G. Pagnanelli, Esq.<br>Marc E. Mayer, Esq.<br>Emily F. Evitt, Esq.<br>Daniel A. Kohler, Esq.<br>MITCHELL SILBERBERG & KNUPP LLP<br>1377 West Olympic Boulevard<br>Los Angeles, California 90064-1683 | Attorneys for Plaintiff<br><br><br><br>T:   (310) 312-2000<br>F:   (310) 312-3100<br>kgp@msk.com<br>mem@msk.com<br>efe@msk.com<br>dxk@msk.com |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 18, 2016, at Los Angeles, California.

Denise M. LaCroix