ANTHONY G. MATRICCIANI (SBN 214730)
*matricciani@icloud.com*
THE LAW OFFICE OF ANTHONY G. MATRICCIANI
6400 Hollis Street, Suite 4
Emeryville, California 94608
Telephone: (510) 619-6662

STEVEN D. SMELSER (SBN 180602)
*ssmelser@yukelaw.com*
STEVEN S. VAHIDI (SBN 283951)
*svahidi@yukelaw.com*
NICHOLAS J. HOFFMAN (SBN 284472)
*nhoffman@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

Attorneys for Bossland GmbH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BOSSLAND GMBH, a foreign corporation, and Does 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 8:16-cv-01236-DOC-KES<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>*[Filed concurrently with Notice of Motion and Motion]*<br><br>Date: January 9, 2017<br>Time: 8:30 a.m.<br>Place: Courtroom 9C |

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that on January 9, 2017, at 8:30 a.m. before the Honorable David O. Carter, in Courtroom 9C, of the above-referenced Court, the motion of defendant Bossland GmbH ("Defendant") for an Order dismissing plaintiff Blizzard Entertainment, Inc.'s ("Plaintiff") Complaint in its entirety on the grounds that this Court lacks personal jurisdiction over Defendant pursuant to Federal Rule of Civil Procedure Rule 12(b)(2), came on regularly for hearing.

After consideration of all briefs, all arguments, and all other matters presented to the Court, the Court hereby GRANTS the Motion and Orders as follows:

The Complaint and all of its claims should be dismissed in its entirety.

**IT IS SO ORDERED:**

DATED: _____, 2016

_____
HON. DAVID O. CARTER

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On November 18, 2016, I served true copies of the following document(s) described as **[PROPOSED] ORDER** on the interested parties in this action as follows:

Karin G. Pagnanelli, Esq.  
Marc E. Mayer, Esq.  
Emily F. Evitt, Esq.  
Daniel A. Kohler, Esq.  
MITCHELL SILBERBERG & KNUPP LLP  
1377 West Olympic Boulevard  
Los Angeles, California 90064-1683

Attorneys for Plaintiff

T: (310) 312-2000  
F: (310) 312-3100  
kgp@msk.com  
mem@msk.com  
efe@msk.com  
dxk@msk.com

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 18, 2016, at Los Angeles, California.

_/s/ Denise M. LaCroix_  
Denise M. LaCroix

1618273.1 / 196-001

8:16-cv-01236

[PROPOSED] ORDER