KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MARC E. MAYER (SBN 190969)
  mem@msk.com
EMILY F. EVITT (SBN 261491)
  efe@msk.com
DANIEL A. KOHLER (SBN 285501)
  dxk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiff
Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BOSSLAND GMBH, a corporation; and Does 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 8:16-cv-01236 DOC (KESx)<br><br>Honorable David O. Carter<br><br>**DECLARATION OF CLINT RICE IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST BOSSLAND GMBH**<br><br>DATE:  April 10, 2017<br>TIME:  8:30 a.m.<br>CTRM.:  9C, Santa Ana |

I, Clint Rice, declare as follows:

1. I am a Senior Risk Analyst for Blizzard Entertainment, Inc. ("Blizzard"), the plaintiff in this action. I have been employed by Blizzard since 2004. The Risk Operations department (or "Risk Team") is a division of Blizzard's Global Security department, focused on developing, implementing, and maintaining anti-cheating measures for Blizzard's games, including World of Warcraft, Heroes of the Storm, Hearthstone, Diablo III, and Overwatch. I oversee several people serving various roles in the Risk Team's anti-cheating initiatives, such as software development (including for Blizzard's Warden programs, discussed further below), enforcement of Blizzard's Terms of Use and End User License Agreement, and data analytics. I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

**Blizzard and its Games**

2. Blizzard is one of the world's leading developers and publishers of computer games. Blizzard is engaged in the development, production, marketing, sale, and overall administration of computer games. Blizzard's catalog of computer games includes some of the most popular and critically acclaimed games in the world, including the hugely popular online role-playing game "World of Warcraft ("WoW"), the action role-playing game "Diablo III" ("Diablo"), the competitive multiplayer game "Heroes of the Storm" ("HotS"), and the collectible card game "Hearthstone." Blizzard's most recent release is "Overwatch," a highly competitive, fast-paced, multiplayer "first person shooter" game. (These five games are sometimes referred to herein as the "Blizzard Games.").

3. All of the Blizzard Games represent an enormous investment of time and money. WoW, for example, was in development for more than five years

before its release to the public, and it has been maintained and updated for more than ten years since its initial release. Additionally, Blizzard continues to spend millions of dollars each year maintaining, updating, improving, and creating new and fresh content for each of the Blizzard Games.

4. Blizzard's success and recoupment of its investment depends on players having a fun and compelling online experience. Because Blizzard's games are multiplayer games, this means that players must feel that each game is fair; consequently, Blizzard spends an enormous amount of time fine-tuning and balancing its games.

5. Indeed, Blizzard's entire business depends on its players retaining interest in the Blizzard Games and playing for a sustained period of time. For example, in order to recoup its massive investment in WoW, Blizzard charges users a monthly (or yearly) subscription fee of $14.99 per month. Payment of the subscription fee permits users to access Blizzard's WoW servers and play the WoW game. Accordingly, Blizzard takes great pains to ensure that the WoW game world offers fair, interesting, fun, and compelling challenges, so that players remain subscribers to WoW and continue to renew their subscriptions.

6. Similarly, HOTS and Hearthstone both utilize a "free to play" business model, in which players are not charged to initially download the client software or play the games online. Instead, Blizzard relies on in-game user purchases (sometimes referred to as "microtransactions") to recoup its massive investment in these games. For example, for "Hearthstone," a competitive collectible card game, Blizzard sells card packs (for approximately $20.00 for 15 packs) that give players a variety of different types of cards and allow them to experiment with different strategies. Only dedicated players typically make these in-game purchases, and thus it is critical to Blizzard's business that players remain invested in the game and interested in purchasing in-game items and upgrades.

7. In addition, Blizzard regularly releases full-featured expansions to certain of its games, such as WoW and Diablo. These expansions add additional content (such as new quests and new challenges). Obviously, only players that have remained interested in the Blizzard Games will purchase these expansions, which sometimes cost as much as $39.99.

8. Thus, it is paramount to Blizzard's business model that the Blizzard games remain fun and fair to play. Only then will Blizzard's fans continue to enjoy their games, play for sustained periods of time, and make the monetary investments in the Blizzard games that are necessary for Blizzard to stay in business and continue to make and support its games.

**Bossland's Products and Their Harm to Blizzard**

9. As a Senior Risk Analyst, my primary job is to protect Blizzard's games from bots, hacks, and cheats, such as those sold by Bossland GmbH ("Bossland"). Bossland is one of the largest commercial providers (if not *the* largest commercial provider) of bots, hacks, and cheats for Blizzard Games. Indeed, I would consider Bossland's products, especially its product known as "Honorbuddy," to be the single biggest threat to the integrity and balance of Blizzard's Games. Over the past several years, I have devoted a huge portion of my time to learning about Bossland's products, assisting in the development of software countermeasures to defeat those products, and designing and implementing a variety of programs to detect the use of Bossland's products. Likewise, numerous other people at Blizzard (including in the Risk Operations and Customer Service departments) dedicate a tremendous amount of time to combating and remediating the harm Bossland's products cause to the Blizzard games.

10. Bossland's products cover every game released by Blizzard over the past 10 years, with only one exception (Starcraft). Each Bossland product is

dedicated to a particular Blizzard Game and is designed to work for that specific game. For example, Honorbuddy is designed for WoW; Demonbuddy is designed for Diablo; Stormbuddy is designed for HotS; Hearthbuddy is designed for Hearthstone; and Watchover Tyrant is designed for Overwatch. To the best of my recollection, each of these products was launched very shortly after the release of the corresponding Blizzard Game.

11. Bossland's most popular product is Honorbuddy, which is a bot for WoW. Bots such as Honorbuddy are pieces of computer software that fully automate gameplay, enabling players to unfairly obtain in-game rewards without engaging in the leveling and questing process that is part of the game. Bossland's "Hearthbuddy" and "Stormbuddy" bots are similar to Honorbuddy in that they allow the computer to play the game in place of the human player. However, in those games, which are competitive multiplayer games, use of Bossland's bots gives a player a direct advantage over his or her opponents. Almost immediately after the release of Blizzard's latest game, "Overwatch," Bossland released "Watchover Tyrant," which allows a player to cheat by seeing through walls and other obstacles, making the game unpleasant and frustrating for his or her opponents.

12. Blizzard receives thousands of complaints each month from users who encounter bots. Not only are bots extremely frustrating to play alongside, but they also take up server space that otherwise would be occupied by legitimate players – which can result in waits to play the game. Over the past several years, thousands of players have quit WoW and cited bots and cheats as the reason for their quitting. Obviously, when a player cancels their subscription to WoW, that results in a direct loss of revenue to Blizzard in the form of lost subscription fees.

13. Likewise, when players quit playing games that rely on in-game purchases, that results in lost revenue for Blizzard. Only dedicated and invested players make in-game purchases in the Blizzard Games. Thus, every time that a

user quits a Blizzard Game, Blizzard loses actual or prospective revenue that those users would have (or might have) spent on in-app purchases.

14. Blizzard also invests substantial resources in detecting and fighting bots, hacks, and cheats. One way Blizzard does this is through automated technological measures, such as its "Warden" software for WoW. Blizzard invests tens (if not hundreds) of thousands of dollars each year to developing and upgrading Warden and to analyzing the results of Warden's operations to assess its effectiveness at fighting against bots. Additionally, Blizzard engages in a variety of manual detection and anti-cheat techniques. For example, Blizzard has a staff of "Game Masters" who police its games. Blizzard pays these each of these employees yearly salaries that average around $30,000, and a substantial amount of their paid-work time is spent dealing with and remediating the harm of cheats.

15. In addition, products such as the Bossland Hacks cause significant harm to Blizzard's reputation and the goodwill associate with its games. If players of the Blizzard Games perceive the that the games are infected or overrun with cheaters, they will grow dissatisfied with the game experience and communicate this dissatisfaction to others, either directly or via online message boards. Frustrated customers also will vent their frustration on online retail outlets such as Amazon.com or on the Xbox or Playstation purchase page. The problem also may be picked up by video game publications. For example, last year one well-known online game publication posted an editorial titled "World of Warcraft and the Bot Problem." In that editorial, the author commented:

> Even with massive bans and other preventive measures, bots are still out in full force in World of Warcraft. Of course, other games have their fair share of bots, but WoW seems to be a perpetual breeding ground for them.

> What is it about World of Warcraft that draws bots in like a moth to a flame?

(http://www.tentonhammer.com/articles/world-of-warcraft-and-the-bot-problem). Articles like this are not uncommon.

**Difficulty In Quantifying The Precise Harm To Blizzard**

16. While Blizzard has certainly suffered substantial actual harm as a direct result of the Bossland Hacks, such harm is difficult to quantify, including for the following reasons:

17. First, it can be very hard to detect precisely how many people are using the Bossland Hacks, and thus the scope of the damage Bossland is causing to the game. This is by design; Bossland (and other cheat companies) go to great lengths to mask their users' conduct. Tripwire is one example of how the Bossland Hacks evade detection, but there are numerous other issues as well. Companies like Bossland are constantly updating their cheats to make them more difficult to detect. Blizzard makes available to its players various tools that allow them to report other players for cheating. However, not everyone uses these tools. So, Blizzard cannot tell exactly how many fair and honest players are exposed to cheaters, or how frequently players have to deal with cheaters.

18. Second, it is difficult to know how long a player who decides to cancel his or her subscription or stop playing the game as a result of cheating by others would have remained a paying customer. However, it should be noted that many people play the Blizzard Games for years, and this it is not inconceivable that a player that quits might otherwise have remained a subscriber for many months or years. Also, Blizzard has many customers that spend hundreds of dollars each year on in-game or virtual items, such as Hearthstone cards or new cosmetic upgrades for their WoW or Overwatch characters. Thus, the damage to

Blizzard from losing a particular lost customer could amount to hundreds or thousands of dollars if a dedicated player is lost.

19. Third, customer dissatisfaction can have a "ripple effect." That is, the prevalence of cheats causes users to complain to other users about cheating, and thus dissatisfaction with the Blizzard Games spreads on message boards and by word of mouth. The Blizzard Games are played online and thus are inherently social. Many players enjoy playing the Blizzard Games with their friends. However, if a player finds that his friends have quit the game, he or she also may quit, and that could have a cascading effect.

20. Finally, as noted above, the Bossland Hacks cause damage to Blizzard's reputation and goodwill, and diminish the public's interest in playing Blizzard's games. It would be quite difficult to ascribe a precise figure to the reputational harm Blizzard has suffered, because, for example, it is very difficult to forecast whether a potential player might have purchased a Blizzard game (but chose not to) because he or she had heard that the game was no longer fun because there were too many cheaters and hackers. However, it is not inconceivable that Blizzard has failed to capture many thousands of customers for these reasons.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on this 13th day of March, 2017, at Irvine, California.

_____
Clint Rice