Φ AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court, Central District of California<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
|---|---|---|
| DOCKET NO<br>16-1236 | DATE FILED<br>July 1, 2016 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Blizzard Entertainment, Inc., a Delaware corporation | BOSSLAND GMBH, a foreign corporation, and Does 1 through 10, inclusive |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | **See Schedule A** | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order xxx Judgment | ☐ Yes xxx No | 3/31/17 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kiry Gray Clerk of Court | T.DeBose | 3/31/17 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# SCHEDULE A

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 0001787529 | DIABLO III | Blizzard Entertainment, Inc. |
| PAu 003573039 | DIABLO III | Blizzard Entertainment, Inc. |
| PA 0001887284 | DIABLO : REAPER OF SOULS | Blizzard Entertainment, Inc. |
| PA 0001711157 | WORLD OF WARCRAFT: CATACLYSM (video game) | Blizzard Entertainment, Inc. |
| PA 0001806462 | WORLD OF WARCRAFT: Mists of Pandaria (video game) | Blizzard Entertainment, Inc. |
| PA 0001333913 | World of warcraft: the burning crusade | Blizzard Entertainment, Inc. |
| PA 0001932646 | WORLD OF WARCRAFT: Warlords of Draenor | Blizzard Entertainment, Inc. |
| PA 0001611882 | WORLD OF WARCRAFT: WRATH of the LICH KING | Blizzard Entertainment, Inc. |
| PA 0001247131 | World of Warcraft | Blizzard Entertainment, Inc. |
| TX 0005984004 | World of warcraft—client : Beta 3 | Blizzard Entertainment, Inc. |
| PA 0001951722 | HEROES OF THE STORM STARTER PACK. | Blizzard Entertainment, Inc. |
| PA 0001867193 | HEARTHSTONE: Heroes of Warcraft | Blizzard Entertainment, Inc. |
| PA 0001990515 | OVERWATCH: Origins Edition | Blizzard Entertainment, Inc. |